IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROVI CORPORATION, ROVI TECHNOLOGIES CORPORATION, ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL INC.), GEMSTAR DEVELOPMENT CORPORATION and UNITED VIDEO PROPERTIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HULU, LLC, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) C.A. No. 11-665 (RGA) ) ) ) ) ) ) |

**DEFENDANT HULU LLC'S MOTION**
**TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

Defendant Hulu, LLC ("Hulu") respectfully moves pursuant to 28 U.S.C. § 1404(a) to transfer this case from the District of Delaware to the Central District of California. The grounds for this motion are set forth in Hulu's brief and supporting declaration submitted herewith. In accordance with D. Del. LR 7.1.1, counsel for the parties have conferred regarding this motion. Plaintiffs will oppose the motion.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Morgan Chu<br>Ellisen S. Turner<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA  90067-4276<br>(310) 277-1010<br><br>April 23, 2012 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Michael J. Flynn*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>Michael J. Flynn (#5333)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com<br>mflynn@mnat.com<br><br>*Attorneys for Defendant Hulu, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 23, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 23, 2012 upon the following in the manner indicated:

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Anne Shea Gaza, Esquire<br>RICHARDS, LAYTON & FINGER, PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801 | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Ragesh K. Tangri, Esquire<br>Clements S. Roberts, Esquire<br>Jesse Geraci, Esquire<br>DURIE TANGRI LLP<br>217 Leidesdorff Street<br>San Francisco, CA  94111-3007 | *VIA ELECTRONIC MAIL* |

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)