IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROVI CORPORATION, ROVI TECHNOLOGIES CORPORATION, ROVI GUIDES, INC. (f/k/a GEMSTAR-TV GUIDE INTERNATIONAL INC.), GEMSTAR DEVELOPMENT CORPORATION, and UNITED VIDEO PROPERTIES, INC., | ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) C.A. No. 11-665 (RGA) |
| v. | ) ) |
| HULU, LLC, | ) ) |
| Defendant. | ) ) |

## STIPULATION & ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the time for Plaintiffs Rovi Corporation, Rovi Technologies Corporation, Rovi Guides, Inc. (f/k/a Gemstar-TV Guide International Inc.), Gemstar Development Corporation, and United Video Properties, Inc. to file their answering brief in response to Defendant Hulu, LLC's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (D.I. 34) shall be extended through and including Monday, May 14, 2012.

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
gaza@rlf.com

*Attorneys for Plaintiffs*

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

*Attorneys for Defendant*

RLF1 6022554v. 1

**SO ORDERED this day \_\_\_\_of May, 2012.**

_____
**The Honorable Richard G. Andrews**